**Order entered January 12, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00432-CV

### DALLAS COUNTY SCHOOLS, Appellant

### V.

### PAUL GREEN, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09857**

## ORDER

We **GRANT** appellee's January 9, 2015 unopposed second motion for an extension of time to file a brief. Appellee shall file a brief by **JANUARY 20, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE